COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS

Appellate case name:     Rema Charles v. Dickinson Independent School District, A.C. Kantara, and Taylor Marine Construction of Texas, LLC

Appellate case number:   01-20-00215-CV

Trial court case number: 16-CV-0880

Trial court:             56th District Court of Galveston County

Appellant, Rema Charles, has filed five motions: two motions for sanctions, a motion to substitute counsel, and two motions for leave to supplement her brief.

Appellant's two motions for sanctions will be **carried with the case** and considered with submission of the appeal.

In her motion to substitute counsel, appellant requests that Bruce W. Cobb be substituted as her "choice of counsel." Cobb later filed a notice of appearance on behalf of appellant. *See* TEX. R. APP. P. 6.2 (authorizing attorney other than lead counsel to file notice of appearance on behalf of party). Frank A. Adams previously filed a notice of appearance on behalf of appellant, but he has not sought to withdraw from representing appellant in this appeal. *See* TEX. R. APP. P. 6.5(a) (authorizing motion for leave to withdraw as counsel), (d) (providing conditions on motion to withdraw as counsel when another attorney substitutes for withdrawing attorney). Ten days have passed without a response. TEX. R. APP. P. 10.3(a). Accordingly, the Court construes appellant's motion to substitute counsel as a notice of appearance by Cobb on behalf of appellant. The Court **grants** appellant's motion to substitute counsel as construed as a notice of appearance.

Prior to submission of this appeal, appellant also filed two motions for leave to supplement her brief as well a supplemental reply brief. *See* TEX. R. APP. P. 38.7. Ten days have passed without a response. *See* TEX. R. APP. P. 10.3(a). Accordingly, the Court **grants** both of appellant's motions to supplement her brief and accepts her supplemental reply brief.

It is so ORDERED.


Judge's signature:   /s/  April L. Farris
☑ Acting individually     ☐ Acting for the Court


Date:  November 2, 2021